United States District Court
Southern District of Texas
**ENTERED**
January 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FREDDIE BONNER | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-158 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 16, entered in this case granting the defendant's motion for summary judgment, Dkt. 5, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 3rd day of January, 2024.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE